IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No.: 5:12-cv-01669-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING CISCO SYSTEMS, INC.'S UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL FROM ATTENDANCE AT CASE MANAGEMENT CONFERENCE<br><br>Honorable William H. Alsup |

This matter is before the Court on the Unopposed Motion by Defendant Cisco Systems, Inc. ("Cisco") to Excuse Lead Counsel from Attendance at the initial Case Management Conference.

Upon review of the Motion, and for good cause shown, the Court hereby GRANTS Cisco's Motion and excuses Mr. Jameson from attendance at the July 12, 2012 Case Management Conference.

Dated: July 6, 2012.

By: _____
Hon. William H. Alsup
United States District Court Judge



1

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL FROM CASE MANAGEMENT CONFERENCE
CASE NO.: 5:12-CV-1669-WHA

| | |
|---|---|
| DATED: July ___, 2012 | DUANE MORRIS LLP |

/s/ Richard L. Seabolt
Richard L. Seabolt, Esq. (SBN 67469)
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail: rlseabolt@duanemorris.com

L. Norwood Jameson
(admitted *pro hac vice*)
Matthew C. Gaudet
(admitted *pro hac vice*)
David C. Dotson
(admitted *pro hac vice*)
1075 Peachtree St. N.E., Suite 2000
Atlanta, GA 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901
E-mail: wjameson@duanemorris.com
    mcgaudet@duanemorris.com
    dcdotson@duanemorris.com

Joseph A. Powers
(admitted *pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1000
Facsimile: 215.689.3797
Email: japowers@duanemorris.com

*Attorneys for Defendant Cisco Systems, Inc.*

2

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL FROM CASE MANAGEMENT CONFERENCE
CASE NO.: 5:12-CV-1669-WHA