IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC,

    Plaintiff,

  v.

CISCO SYSTEMS, INC.,

    Defendant.

No. C 12-01669 WHA

**ORDER RE IMPENDING SETTLEMENT**

The Court is in receipt of Brandywine's motion to continue the hearing on Cisco's motion to enforce the case management order due to impending settlement of the case but cautions that all deadlines and hearings remain active and on calendar until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: November 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE