IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC,

    Plaintiff,

  v.

CISCO SYSTEMS, INC.,

    Defendant.

No. C 12-01669 WHA

**ORDER GRANTING BRANDYWINE'S MOTION TO FILE SUR-REPLY**

Plaintiff Brandywine Communications Technologies, LLC, seeks leave to file a sur-reply to Cisco's motion to enforce the case management order. This order finds good cause to allow a sur-reply because it clarifies factual inaccuracies in Cisco's reply brief. As such, Brandywine's motion to file a sur-reply is **GRANTED**.

**IT IS SO ORDERED.**

Dated: November 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE